**COOK v. STATE (two cases).**

**Nos. 26503, 26505.**

Court of Criminal Appeals of Texas.

June 24, 1953.

218

No attorney on appeal for appellant.

William H. Scott, Crim. Dist. Atty., King C. Haynie, Asst. Crim. Dist. Atty., Houston, Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated, with a prior conviction alleged to enhance the punishment; the punishment, three years.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed. No motion for rehearing will be entertained.